UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

Case No.: 8:16-cr-517-VMC-AEP-2

SHAUNA MARYANN BOSELLI,

_____/

### VERIFIED PETITION

COMES NOW, Doug Belden, Hillsborough County Tax Collector ("Tax Collector"), by and through his undersigned counsel, pursuant to the Rule 32.2 (c), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n), and states:

1. Tax Collector claims an interest in the parcel of real property located in Hillsborough County and described in the Notice of Forfeiture and Preliminary Order of Forfeiture (hereinafter referred to as the "Property") as follows:

A. The real property, including all improvements thereon and appurtenances thereto, located at 8202 Downfield Lane, Tampa, FL 33615, which is legally described as follows:

> The following described land located in the County of Hillsborough, State of Florida, to-wit: Lot 13, Block 1, TIMBERLAND UNIT NO. 7A, a subdivision according to the plat or map thereof described in Plat Book 55, at Pages(s) 38, of the public records of Hillsborough County, Florida.

Parcel Identification Number: U-27-28-17-0AQ-000001-00013.0
Account Number: A0052316616
Owner(s) of Record: RICHMOND J. MCDONALD AND SHAUNA BOSELLI

2. The Property is located in the taxing district of Hillsborough County, Florida, and listed on the Hillsborough County tax roll by the Account Number referenced in the preceding paragraph. Pursuant to Chapter 197, <u>Florida Statutes</u>, ad valorem real property taxes and non-ad valorem assessments against the Property constitutes a superior lien on the Property.

1

3.    Tax Collector, pursuant to the statutory duties bestowed upon him by the laws of Florida, seeks payment of all taxes and assessments on the Property. This includes the pro-rated amount of 2017 ad valorem taxes and non-ad valorem assessments for the Property due from January 1, 2017 through the date of forfeiture, including interest and penalties, if any.

4.    Pursuant to 21 U.S.C. § 853(n)(2), the Tax Collector requests a hearing to adjudicate the Tax Collector's interest in the Property.

## VERIFICATION

I, Brian T. FitzGerald, legal counsel to Doug Belden, Hillsborough County Tax Collector, declare under penalty of perjury that the foregoing allegations in this Verified Petition are based upon information obtained from the Official Records of the Hillsborough County Tax Collector's office, and that everything contained herein is true and correct to the best of my knowledge and belief.

_____
Brian T. FitzGerald, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Petition has been forwarded this ⟡ day of June, 2017, by Notice of Electronic Filing through the court's CM/ECF system to, **James A. Muench**, United States Attorney for the Middle District of Florida, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Phone: (813) 272-5670
Fax: (813) 272-5758
fitzgeraldb@hillsboroughcounty.org
connorsa@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
Attorney for Doug Belden,
Hillsborough County Tax Collector