UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:16-cr-517-T33AEP

    Plaintiff, ☐
    Government ☒   ☒ Sentencing
                         ☐ Trial
v.                                      ☐ Other

Shauna Maryann Boselli

    Defendant ☐

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | **IMAGES** | |
| 1 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim at the zoo—child victim is on McDonald's shoulders<br>DISC-00971 |
| 2 | | | SA Botterbusch | Photo of McDonald and child victim at the zoo—child victim is on McDonald's shoulders<br>DISC-00972 |
| 3 | | | SA Botterbusch | Photo of Boselli holding child victim at the zoo<br>DISC-00977 |
| 4 | | | SA Botterbusch | Photo of Boselli and child victim at the zoo<br>DISC-00978 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 5 | | | SA Botterbusch | Photo of Boselli and child victim at the zoo<br>DISC-00979 |
| 6 | | | SA Botterbusch | Photo of Boselli and child victim walking at the zoo<br>DISC-00981 |
| 7 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim walking at the zoo<br>DISC-00989 |
| 8 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim inside the ice cream store<br>DISC-01000 |
| 9 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim inside the ice cream store<br>DISC-01001 |
| 10 | | | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01002 |
| 11 | | | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01003 |
| 12 | | | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01004 |
| 13 | | | SA Botterbusch | Photo of Boselli and child victim with chickens<br>DISC-01006 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 14 | | | | SA Botterbusch | Photo of Boselli and child victim with chickens<br>DISC-01007 |
| 15 | | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim with chickens<br>DISC-01009 |
| 16 | | | | SA Botterbusch | Photo of Lake Behind McDonald and Boselli's Residence<br>DISC-01013 |
| 17 | | | | SA Botterbusch | Photo of Blue Tent inside McDonald and Boselli's Residence<br>DISC-00218 |
| 18 | | | | SA Botterbusch | Photo of Orange Towel with Hood inside McDonald and Boselli's Residence<br>DISC-00258 |
| 19 | | | | SA Botterbusch | Photo of Children's Books<br>DISC-00283 |
| 20 | | | | SA Botterbusch | Photo of Child Victim with Stuffed Panda bear<br>DISC-01052 |
| 21 | | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool<br>DISC-01053 |
| 22 | | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool<br>DISC-01054 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 23 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01055 |
| 24 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01056 |
| 25 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01057 |
| 26 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01058 |
| 27 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01059 |
| 28 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01060 |
| 29 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01061 |
| 30 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01062 |
| 31 | | | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01064 |

Case Number: 8:16-cr-517-T33AEP                                                                 Page  5  of 8 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 32 | | | SA Botterbusch | Photo of McDonald and Child Victim at the Hotel Pool<br>DISC-01065 |
| 33 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim in hotel lobby<br>DISC-01068 |
| 34 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim in hotel room<br>DISC-01069 |
| 35 | | | SA Botterbusch | Photo of McDonald, Boselli, and child victim at restaurant<br>DISC-01072 |
| **ENTICEMENT VIDEOS** | | | | |
| 40 | | | SA Botterbusch | Videos of McDoanld and Boselli Found on Jamie Esposito's Electronic Device |
| 40A | | | SA Botterbusch | McDonald and Boselli Video Sent on Kik "Hi I can't wait to meet you" |
| 40B | | | SA Botterbusch | 0ee6c8a3-8585-489a-8505-2564d3343ba0.mp4 |
| 40C | | | SA Botterbusch | 1bbf645e-25b8-4d6f-87fc-7b6e9a19bc41.mp4 |
| 40D | | | SA Botterbusch | 5b9a6coe-0b49-4b62-8397-5f377430afbc.mp4 |
| 40E | | | SA Botterbusch | 10e2f350-039a-4031-a7ed-2e22161f052.mp4 |
| 40F | | | SA Botterbusch | 9873a563-65754c42-a3a4-bb227d2e291b.mp4 |

**EXHIBIT LIST - Continuation Sheet**

|  |  |  |  |  |
|---|---|---|---|---|
| 40G |  |  | SA Botterbusch | 20637938-e566-498d-a16d-dc941cc37e00.mp4 |
| 40H |  |  | SA Botterbusch | 29501137-1de0-4434-b2ba-f2f3c5821c87.mp4 |
| 40I |  |  | SA Botterbusch | cfd4408d-8db7-4231-8eda-4e39c5f1b975.mp4 |
| 40J |  |  | SA Botterbusch | d4a99e68-60f3-461a-84fa-d9e02ca0d7ac.mp4 |
| 40K |  |  | SA Botterbusch | f94c9861-9f7a-46cc-82bd-d4da2f2c26b0.mp4 |
| **GRAPHIC IMAGES AND VIDEOS** | | | | |
| 50 |  |  | SA Botterbusch | CD Containing Child Pornographic Images and Videos Created on July 19, 2017, and July 21, 2017, Found on Jamie Esposito's Cellular Telephone |
| 50A |  |  | SA Botterbusch | 20160719_193608.jpeg is an image dated July 19, 2016, at 7:36 PM. |
| 50B |  |  | SA Botterbusch | 20160721_113449.jpeg is an image dated July 21, 2016, at 11:34 AM. |
| 50C |  |  | SA Botterbusch | 20160721_113518.jpeg is an image dated July 21, 2016, at 11:34 AM. |
| 50D |  |  | SA Botterbusch | 20160721_113521.jpeg is an image dated July 21, 2016, at 11:35 AM. |
| 50E |  |  | SA Botterbusch | 20160721_113522.jpeg is an image dated July 21, 2016, at 11:35 AM. |

**EXHIBIT LIST - Continuation Sheet**

|      |   |   |                 |                                                                              |
|------|---|---|-----------------|------------------------------------------------------------------------------|
| 50F  |   |   | SA Botterbusch  | 20160721_113722.jpeg is an image dated July 21, 2016, at 11:37 AM.           |
| 50G  |   |   | SA Botterbusch  | 20160721_113748.jpeg is an image dated July 21, 2016, at 11:37 AM.           |
| 50H  |   |   | SA Botterbusch  | 20160721_113810.jpeg is an image dated July 21, 2016, at 11:38 AM.           |
| 50I  |   |   | SA Botterbusch  | 20160721_113820.jpeg is an image dated July 21, 2016, at 11:38 AM.           |
| 50J  |   |   | SA Botterbusch  | 20160721_113821.jpeg is an image dated July 21, 2016, at 11:38 AM.           |
| 50K  |   |   | SA Botterbusch  | 20160721_113843.jpeg is an image dated July 21, 2016, at 11:38 AM.           |
| 50L  |   |   | SA Botterbusch  | 20160721_113851.jpeg is an image dated July 21, 2016, at 11:38 AM.           |
| 50M  |   |   | SA Botterbusch  | 20160721_113912.jpeg is an image dated July 21, 2016, at 11:39 AM.           |
| 50N  |   |   | SA Botterbusch  | 20160721_114031.mp4 is a 4-second video dated July 21, 2016.                 |
| 50O  |   |   | SA Botterbusch  | 20160721_114135.mp4 is a 35-second video dated July 21, 2016.                |
| 50P  |   |   | SA Botterbusch  | 20160721_114429.mp4 is a 21-second video dated July 21, 2016.                |

Case Number: 8:16-cr-517-T33AEP                                                   Page  8  of 8 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 50Q | | | | SA Botterbusch | 20160721_114437.jpeg is an image dated July 21, 2016, at 11:44 AM. |
| 50R | | | | SA Botterbusch | 20160721_114450.jpeg is an image dated July 21, 2016, at 11:44 AM. |
| 50S | | | | SA Botterbusch | 20160721_114839.jpeg is an image dated July 21, 2016, at 11:48 AM. |
| 50T | | | | SA Botterbusch | 20160721_114842.mp4 is a 3-second video dated July 21, 2016. |
| 50U | | | | SA Botterbusch | 20160721_115247.jpeg is an image dated July 21, 2016, at 11:52 AM. |
| 50V | | | | SA Botterbusch | 20160721_115408.jpeg is an image dated July 21, 2016, at 11:54 AM. |
| 50W | | | | SA Botterbusch | 20160721_115538.jpeg is an image dated July 21, 2016, at 11:55 AM. |
| 50X | | | | SA Botterbusch | 20160721_115539.mp4 is a 6-second video dated July 21, 2016. |
| 50Y | | | | SA Botterbusch | 20160721_115557.mp4 is a 25-second video dated July 21, 2016. |