**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:16-cr-517-T-33AEP | DATE: November 21, 2017 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| | **GOVERNMENT COUNSEL** Lisa Marie Thelwell, AUSA  Stacie Harris, AUSA | |
| **UNITED STATES OF AMERICA** v. **SHAUNA MARYANN BOSELLI** **RICHMOND JOSEPH MCDONALD** | Stephen M. Crawford, CJA  Kevin T. Beck, Retained | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Shameeka Teasley |
| **TIME:** 9:05 AM – 1:31 PM  (Boselli and McDonald)  **TOTAL:** 39 minutes (Boselli only) | **COURTROOM:** | 14B |
| | **PROBATION:** | David Tremmel |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

This hearing is continued from November 3, 2017.

9:05 AM   Court called to order.

9:07 AM   Side bar discussion.

9:30 AM   Side bar discussion.

Beginning at 9:36 AM until 12:43 PM, the hearing was regarding co-defendant, Richmond Joseph McDonald.

Defendant is adjudged guilty on Count One of the Indictment.

**Imprisonment:  FORTY (40) YEARS**

The Court makes the following recommendations to the Bureau of Prisons:
1. That the defendant be confined at a facility in Arizona; and
2. Be evaluated for vocational and educational programs as deemed appropriate by the Bureau of Prisons.

**Supervised Release: LIFE**

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:
1. You shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.
2. You shall register with the state sexual offender registration agency in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
3. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.
4. You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.
5. You are prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
6. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.
7. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband

or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

You shall pay restitution in amount to be determined within 90 days of today's date to the child victim. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim. This restitution will be paid jointly and severally with Richmond Joseph McDonald. While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of monthly earnings if you have a Unicor job. If you are released from custody, your financial circumstances will be evaluated, and the Court may establish a new payment schedule accordingly. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay and the Court may adjust the payment schedule accordingly. The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.
The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal and to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order entered on April 27, 2017, is made a part of the Judgment, as to Ms. Boselli and Mr. McDonald only.

The Court directed the Government to provide a status to the Court no later than 30 days from the date of Sentencing regarding the third-party forfeitures.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 43 |
| Criminal History Category: | I |
| Imprisonment Range | LIFE |
| Supervised Release Range | 5 years-LIFE |
| Restitution: | To Be Determined |
| Fine Range | $50,000-$250,000 |
| Special Assessment | $100.00 |